UST-27C, 8-95

Stanley J. Kartchner
7090 N. Oracle Rd. #178-204
Tucson, AZ 85704
(520) 742-1210

**THIS ORDER IS APPROVED.**

**Dated: September 21, 2009**



_____
**JAMES M. MARLAR
U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| AGUIRRE, WALTER | ) | CASE NO. 08-09594-JMM |
| AGUIRRE, LEYDI F. | ) | |
| | ) | ORDER APPROVING PAYMENT |
| Debtor(s) | ) | OF ADMINISTRATIVE FEES |
| | ) | AND EXPENSES |

<u>Stanley J. Kartchner</u>, herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement of Expenses and, if required, due notice thereof having been given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by the trustee in the following amounts:

| **PAYEE AND EXPLANATION** | | **TOTAL** |
|---|---|---|
| CLERK, U.S. Bankruptcy Court | | $0.00 |
| TRUSTEE, Stanley J. Kartchner | | |
|     Fees Allowed | $439.92 | |
|     Expenses Allowed | $54.50 | $494.42 |

_____      _____
DATE                                          THE HONORABLE JAMES M. MARLAR
                                                           U.S. BANKRUPTCY JUDGE